☛ ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :

   v.                            :   **08 CRIM 495**

ELADIA MATEO,                    :   NOTICE OF INTENT TO
   a/k/a "Taty,"                     FILE AN INFORMATION
                                 :
          Defendant.                 Judge McKenna
                                 :
- - - - - - - - - - - - - - - X

   Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         May 30, 2008

                          MICHAEL J. GARCIA
                          United States Attorney

                     By:  _____
                          MICHAEL D. MAIMIN
                          Assistant United States Attorney


                          AGREED AND CONSENTED TO:

                     By:  _____
                          HARVEY FISHBEIN, ESQ.
                          Attorney for Eladia Mateo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 2 2008

6/2/08 WHEEL A