JUDGE McKENNA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

**08 CRIM 495**

UNITED STATES OF AMERICA        :

    - v. -        :

ELADIA MATEO,        :
    a/k/a "Taty,"

        Defendant.        :
- - - - - - - - - - - - - - - - - - - - x

<u>INFORMATION</u>

08 Cr. ___ (LMM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 0 3 2008

<u>COUNT ONE</u>

The United States Attorney charges:

1. In or about June 2006, in the Southern District of New York and elsewhere, ELADIA MATEO, a/k/a "Taty", the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, with the intent to conceal and disguise the nature, location, source, ownership, and control of property believed to be the proceeds of specified unlawful activity, unlawfully, willfully, and knowingly would and did conduct and attempt to conduct financial transactions involving property represented to be the proceeds of specified unlawful activity, to wit, the transfer and transmission from Manhattan, New York to the Dominican Republic of funds representing to be the proceeds of illegal narcotics transactions.

(Title 18, United States Code, Section 1956(a)(3).)

**FORFEITURE ALLEGATION AS TO COUNT ONE**

2.  As a result of committing the money laundering offense in violation of Title 18, United States Code, Section 1956, alleged in Count One of this Information, ELADIA MATEO, a/k/a "Taty," the defendant, shall forfeit to the United States pursuant to Title 18, United States Code, Section 982, all property, real and personal, involved in the money laundering offenses and all property traceable to such property, including but not limited to the following:

    a.  A sum of money equal to at least $21,455 in United States currency.

Substitute Asset Provision

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 982 and 1956.)

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===============================

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

===============================

**UNITED STATES OF AMERICA**

**- v. -**

**ELADIA MATEO, a/k/a "Taty,**

**Defendant.**

===============================

<u>**INFORMATION**</u>

08 Cr. _____ (LMM)

(Title 18, United States Code,
Sections 982 and 1956(a)(3).)

<u>MICHAEL J. GARCIA</u>
United States Attorney.

===============================