**JUDGE McKENNA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA            :     08 CRIM 495

      v.                             :     08 Cr. _____ (LMM)

ELADIA MATEO,                       :     **WAIVER OF INDICTMENT**
    a/k/a "Taty,"
                                    :
        Defendant.
                                    :
- - - - - - - - - - - - - - - - X

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 1956, being advised of the nature of the charges and of her rights, hereby waives, in open Court, prosecution by Indictment and consents that the proceeding may be by Information instead of by Indictment.

                      _____
                      ELADIA MATEO
                      Defendant

                      _____
                      Witness

                      _____
                      HARVEY FISHBEIN, ESQ.
                      Counsel for Defendant

Date:  New York, New York
       June 3, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____ JUN 0 3 2008
DATE FILED: _____

0202