

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 24, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/08

**BY HAND AND FAX**

RECEIVED
IN CHAMBERS

JUN 2 5 2008

LAWRENCE M. McKENNA
J. SDNY

The Honorable Lawrence M. McKenna
United States District Judge
Southern District of New York
Daniel P. Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Eladia Mateo*
      08 Cr. 495 (LMM)

Dear Judge McKenna:

    I am writing to seek to adjourn a pre-trial conference and to exclude time in the above-referenced case. At a pre-trial conference on June 3, 2007, Your Honor set a pre-trial conference for June 24, 2008 at 2:30 pm. Defense counsel and I have been discussing a potential pre-trial disposition of this case, and I am providing defense counsel with information that will allow the defendant to make an informed decision about such a pre-trial disposition. I therefore request an adjournment in order to continue those discussions, as well as for defense counsel and the defendant to review this information.

    After speaking with Chambers and defense counsel about available dates, the Government proposes an adjournment until July 15, 2008 at 3:15 pm. Additionally, the Government respectfully requests that time be excluded until July 15, 2008 under the Speedy Trial Act, Title 18, United States Code, Section 3161, *et seq.* so that the parties may continue to discuss disposition, the defendant and defense counsel may continue to review discovery and the defendant may consider pre-trial motions.

*Conference adjourned to 7/15/08 at 3:15 P.M. Time excluded to 7/15/08 in interests of justice for reasons set forth above. So ordered.*

*LMM  6/25/08*



Hon. Lawrence M. McKenna
June 24, 2008
Page 2 of 2

      I have spoken with defense counsel, who has consented to the adjournment and exclusion of time.

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney

By: _____
      Michael D. Maimin
      Assistant United States Attorney
      Southern District of New York
      (212) 637-2238

cc: Harvey Fishbein, Esq.