USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

# HARVEY FISHBEIN
──── ATTORNEY AT LAW ────

61 BROADWAY, SUITE 1601
NEW YORK, NEW YORK 10006
TEL: (212) 233-9555
FAX: (212) 267-3024
HF@HARVEYFISHBEIN.COM

# MEMO ENDORSED

July 7, 2008

By Hand

Hon. Lawrence M. McKenna
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:   United States v. Eladia Mateo
              08 Cr. 495 (LMM)

Dear Judge McKenna:

    I write to you requesting a temporary bail modification for my client, Eladia Mateo, to permit her to travel to Miami, Florida to attend a convention for members of her church, Centro Internacional de Teoterapia Integral (International Center of Integral Theoterapy). Ms. Mateo will travel by air, leaving LaGuardia Airport on July 31, 2008 and will return August 3, 2008.

    The defendant is presently released on an unsecured $100,000 personal recognizance bond, cosigned by three financially responsible people, with travel restricted to the Southern and Eastern District of New York.

    I have spoken with AUSA Michael D. Maimin and he consents to this temporary bail modification.

*Granted. So ordered.*
*[signature] /s/ LMM 7/8/08*

Respectfully submitted,

[signature]
Harvey Fishbein

cc:   Michael D. Maimin, AUSA (By Hand)

RECEIVED
IN CHAMBERS

JUL - 8 2008

LAWRENCE M. McKENNA
USDJ    SDNY