

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 4, 2024

**VIA ECF**
The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

    Re:   *United States v. Eladia Mateo*,
           08 Cr. 495 (LMM)

Dear Judge Swain:

    The Government respectfully moves, pursuant to Federal Rule of Criminal Procedure 36, for the Court to enter the attached proposed order Corrected Preliminary Order of Forfeiture as to Money Judgment to correct a clerical error. Specifically, as set forth in the attached supporting Declaration, the original Order of Forfeiture/Money Judgment entered by this Court on October 17, 2008, incorrectly listed the United States Marshals Service as the agency to handle payments on the Money Judgment imposed on the Defendant. The correct agency is the United States Customs and Border Protection.

    Accordingly, the Government respectfully requests that the Court enter the attached Corrected Preliminary Order of Forfeiture/Money Judgment correcting this error. As the case was previously assigned to the late Honorable Lawrence M. McKenna, the Government respectfully requests that either this Court enter the proposed order or assign a new judge for a determination of the motion.

Hon. Laura Taylor Swain
January 4, 2024
Page 2 of 2

      I have spoken with Harvey Fishbein, Esq., counsel for Ms. Mateo, and he consents to the Government's motion

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____
     Michael D. Maimin
     Assistant United States Attorney
     (212) 637-2340

cc:   Harvey Fishbein, Esq. (by electronic mail and CM/ECF)

The foregoing request is granted. The Court will enter the proposed Corrected Order, which will supersede the order at docket entry no. 24. This resolves docket entry no. 31. SO ORDERED.

Dated: 1/5/2024
/s/ Laura Taylor Swain, Chief U.S.D.J.