UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>ELADIA MATEO,<br>      a/k/a "Taty,"<br><br>                Defendant. | CORRECTED PRELIMINARY ORDER OF FORFEITURE/ MONEY JUDGMENT<br><br>08 Cr. 495 (LMM) |

WHEREAS, on or about June 3, 2008, ELADIA MATEO, a/k/a "Taty" (the "Defendant"), was charged in a one-count Information, 08 Cr. 495 (LTS) (the "Information") with laundering of monetary instruments, in violation of 18 U.S.C. § 1956(a)(3) (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to 18 U.S.C. § 982, of all property, real and personal, involved in the money laundering offense charged in Count One of the Information, and all property traceable to such property, including but not limited to a sum of money equal to at least $21,455 in United States currency;

WHEREAS, on or about July 15, 2008, the Defendant pleaded guilty to Count One of the Information, pursuant to a plea agreement with the Government;

WHEREAS, on or about October 17, 2008, the Court entered an Order of Forfeiture/Money Judgment imposing a forfeiture money judgment against the Defendant in the amount of $21,455 in United States currency (the "Money

Judgment") representing the amount of property involved in the offense charged in Count One of the Information (the "Preliminary Order of Forfeiture");

WHEREAS, the Preliminary Order of Forfeiture incorrectly identified the United State Marshals Service as the agency authorized to accept and deposit payments made towards the satisfaction of the Money Judgment; and

WHEREAS, the Preliminary Order of Forfeiture is to be corrected only as to the corrected agency, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Customs and Border Protection, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

2. The United States Customs and Border Protection is authorized to deposit the payments on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

3. The Court shall retain jurisdiction to enforce this Corrected Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2.

SO ORDERED:

| /s/ *Laura Taylor Swain* | January 5, 2024 |
|---|---|
| HONORABLE LAURA TAYLOR SWAIN | DATE |
| CHIEF UNITED STATES DISTRICT JUDGE | |